UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TAB TRANSPORTATION, INC.,<br><br>　　　　Defendant. | Case No:  C-89-4540 DLJ and Related Actions Nos.<br>C-91-0443-DLJ, C-91-0215-DLJ,<br>C-90-3587-DLJ, C-90-3499-DLJ,<br>C-90-2360-DLJ, C-90-1495-DLJ,<br>C-90-0219-DLJ, C-91-2611-DLJ,<br>C-91-2612-DLJ, C-91-2622-DLJ,<br>C-91-2623-DLJ, C-91-2649-DLJ,<br>C-91-2650-DLJ, C-91-3438-DLJ,<br>C-92-0991-DLJ, C-91-4446-DLJ,<br>C-92-1835-DLJ, C-94-0288-DLJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW PAYMENT OF ATTORNEYS' FEES AND COSTS FROM SETTLEMENT FUNDS AND OTHER RELIEF.** |

On October 16, 2009, National Railroad Passenger Corporation submitted a motion on the papers to allow payment of attorneys' fees and costs from settlement funds and other relief.

IT IS HEREBY ORDERED that B. Clyde Hutchinson, John J. Farrell, and Frederick L. Nelson ("Trustees") pay the amount of $2,766.40 for attorneys' fees and costs to Lombardi, Loper & Conant.

IT IS HEREBY ORDERED that Trustees pay the amount of $6,006.00 for accounting services rendered to Delagnes, Mitchell & Linder.

IT IS HEREBY ORDERED that Trustees pay the amount of $314.00 for Federal and State income tax to Lombardi, Loper & Conant.

IT IS HEREBY ORDERED that Trustees retain Gary A. Bartolotti of GAB Investigations to locate missing Plaintiffs Brenda Kahn,

1  Laura Kahn, and Robert Kahn; that Bartolotti be paid up to $2,000
2  for his services; and, that the cost of the investigation be
3  charged against the missing Plaintiffs' distributive shares.
4      If the missing Plaintiffs are not found by June 30, 2010,
5  Trustees are to pay the missing Plaintiffs' sums in escheat to the
6  State of California, and a thirty three and one third percent
7  (33 1/3 %) contingency fee to the Conservator of the Person and
8  Estate of William J. Cossette - counsel of record to the missing
9  Plaintiffs.
10      IT IS HEREBY ORDERED that Trustees pay the amount of $314.00
11  for Federal and State income tax to Lombardi, Loper & Conant.
12      IT IS HEREBY ORDERED that Trustees transfer, from the
13  Lombardi, Loper & Contant Trust Account, amounts due to the
14  missing Plaintiffs noted above and all accrued interest resulting
15  therefrom, to the 1989 Stockton Derailment Trust Fund held by
16  Morgan, Stanley & Company of San Francisco, California.
17      IT IS HEREBY ORDERED that Trustees reserve $5,000 from the
18  1989 Stockton Derailment Trust Fund to pay Delagnes, Mitchell &
19  Linder to prepare Federal and State Fiduciary tax returns for the
20  2009 tax year, and to cover estimated future legal fees and costs.
21  Any costs above and beyond the $5,000 reserved is to be paid by
22  National Railroad Passenger Corporation.
23      IT IS HEREBY ORDERED that Trustees pay all remaining funds in
24  the same percentages as in the initial distribution.
25      IT IS HEREBY ORDERED that National Railroad Passenger
26  Corporation and The Atchison Topeka and Santa Fe Railway Company
27  be dismissed as having satisfied their judicially determined
28  obligations including both pre and post judgment interest.

1  IT IS SO ORDERED.

2

3  Dated: October 21, 2009          _____
                                     D. LOWELL JENSEN
4                                    United States District Judge

3